**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

CHRISTIAN CRUZ,

                    Defendant.

------------------------------------ x

ORDER

21 Crim. 21-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference set for June 27, 2023, at 10:45 a.m. is hereby cancelled.

Dated: New York, New York
       June 20, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE