UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CHRISTIAN CRUZ,

              Defendant.

------------------------------------- x

ORDER

21 Crim. 21 (GBD)

GEORGE B. DANIELS, United States District Judge:

    On May 14, 2024, lead defense counsel filed a motion requesting approval of additional hours for associate counsel appointed pursuant to the Criminal Justice Act (ECF No. 161.) On the same day, this Court granted defense counsel's request (ECF No. 162.)

    The Clerk of Court is directed to close the open motion at ECF No. 161.

Dated: May 15, 2025
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge